UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARSHALL SCHNEIDER,           )<br>         Plaintiff,           )<br>                                         )<br>    vs.                                  )<br>                                         )<br>CARAUSTAR,                      )<br>         Defendant.           ) | 1:05-cv-1123-SEB-JPG |

## JUDGMENT

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff. Each party shall bear its own costs. IT IS SO ORDERED.

Date: _____04/30/2007_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Stephen Curtis DeVoe
PLEWS SHADLEY RACHER & BRAUN
cdevoe@psrb.com

Jonathan P. Emenhiser
PLEWS SHADLEY RACHER & BRAUN
jemenhiser@psrb.com

Jeffrey S. McQuary
BROWN TOMPKINS LORY
jmcquary@brown-tompkins-lory.com

Gregory A. Stowers
STOWERS & WEDDLE PC
gstowers@swh-law.com

Frederick L. Warren
FORD & HARRISON LLP
rwarren@fordharrison.com